IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SUSAN ROBERTS, *Guardian of the Person and Estate of Dillon Roberts*,

    Plaintiff,

vs().

    No.  3:13-cv-447-DRH-PMF

BILLY DARNELL, and CITY OF ST. FRANCISVILLE, ILLINOIS,

    Defendants.

## ORDER

**HERNDON, Chief Judge:**

    This matter is before the Court on defendants Billy Darnell and City of St. Francisville, Illinois' (collectively "defendants") motion for abstention and dismissal (Doc. 25). Defendants request that the Court dismiss this action pursuant to *Colorado River* abstention because plaintiff has filed a similar state cause of action. *Colorado River Water Conservation Dist. v. United States*, 424 U.S. 800 (1976). More specifically, defendants assert that the state court case and the federal case involve the same parties and the same incident and that the issues are substantially the same. Plaintiff has not responded. Pursuant to Local Rule 7.1(c) the Court considers plaintiff's failure to respond as an admission on the merits.

Page **1** of **2**

Accordingly, the Court **GRANTS** defendants' motion for abstention and dismissal (Doc. 25) and **DISMISSES** this action **without prejudice.**

**IT IS SO ORDERED.**
Signed this 21st day of May, 2014.

Digitally signed by David R. Herndon
Date: 2014.05.21 15:13:07 -05'00'

**Chief Judge**
**United States District Court**